[No. 62314-1-I. Division One. June 15, 2009.]

*In the Matter of the Marriage of* RUSSELL A. BLACK, *Appellant,* and GRETCHEN C. BLACK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-3-04912-9, Theresa B. Doyle, J., entered August 18, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Ellington, JJ.

[No. 62477-6-I. Division One. June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY FRANCIS WINKLE, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-12210-7, Kimberley Prochnau, J., entered September 22, 2008. *Remanded* by unpublished per curiam opinion.

[No. 62492-0-I. Division One. June 15, 2009.]

STEPHEN L. CROCKER ET AL., *Appellants,* v. JOHN SCHISEL ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 05-2-00343-4, Susan K. Cook, J. Pro Tem., entered October 22, 2007. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 35710-1-II. Division Two. June 16, 2009.]

CHARLOTTE KING, *Appellant,* v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-00498-9, Gary R. Tabor, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.